# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| IN RE NIKOLAY MACHEVSKY<br><br>Debtor, | **DISTRICT COURT CASE NUMBER:**<br>**2:21-cv-07896-SVW-E**<br><br>Bankruptcy Court Case Number:<br>2:14-bk-29611-RK |
| DATA LEVERAGE, LLC,<br><br>Appellant,<br>vs.<br><br>WESLEY HOWARD AVERY,<br>Chapter 7 Trustee,<br><br>Appellee. | **ENTRY OF JUDGMENT IN FAVOR OF BANKRUPTCY TRUSTEE** |

In accordance with its January 26, 2022 order affirming the decision of the bankruptcy court on Data Leverage's motion to allow a supplemental administrative expense claim, *see* ECF No. 17, the Court hereby issues its final judgment in favor of the Chapter 7 Trustee, Appellee Wesley Avery. *See* Fed. R. Civ. P. 58(a).

IT IS SO ORDERED.

Date: March 4, 2022

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

1